**No. 10-1418. Dwayne Haley, Petitioner v. Cheryl G. Leary.**

565 U.S. 820, 132 S. Ct. 104, 181 L. Ed. 2d 32, 2011 U.S. LEXIS 6845.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of Louisiana, Fourth Circuit denied.

Same case below, 69 So. 3d 430.

**No. 10-1421. Timothy S. Vernor, Petitioner v. Autodesk, Inc.**

565 U.S. 820, 132 S. Ct. 105, 181 L. Ed. 2d 32, 2011 U.S. LEXIS 6875.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 621 F.3d 1102.

**No. 10-1422. Albert Troyer, Petitioner v. California.**

565 U.S. 820, 132 S. Ct. 105, 181 L. Ed. 2d 32, 2011 U.S. LEXIS 6657.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 51 Cal. 4th 599, 120 Cal. Rptr. 3d 770, 246 P.3d 901.

**No. 10-1423. Richard Noto, Petitioner v. Florida.**

565 U.S. 820, 132 S. Ct. 105, 181 L. Ed. 2d 32, 2011 U.S. LEXIS 6813.

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

Same case below, 42 So. 3d 814.

**No. 10-1424. Gerardo Delgado, Petitioner v. City of Riverside, California, et al.**

565 U.S. 820, 132 S. Ct. 105, 181 L. Ed. 2d 32, 2011 U.S. LEXIS 6604.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Two, denied.

**No. 10-1425. Harold I. Eist, Petitioner v. Maryland State Board of Physicians.**

565 U.S. 820, 132 S. Ct. 105, 181 L. Ed. 2d 32, 2011 U.S. LEXIS 6817.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Maryland denied.

Same case below, 417 Md. 545, 11 A.3d 786.

**No. 10-1427. Ray Schumacher, Jr., Petitioner v. Tom Clements, Executive Director, Colorado Department of Corrections, et al.**

565 U.S. 821, 132 S. Ct. 105, 181 L. Ed. 2d 32, 2011 U.S. LEXIS 6948.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 405 Fed. Appx. 290.